THE STATE OF MONTANA EX REL. ARTHUR EDWIN HULL, RELATOR, v. THE DISTRICT COURT OF THE EIGHTH JUDICIAL DISTRICT OF THE STATE OF MONTANA IN AND FOR THE COUNTY OF CASCADE AND THE HONORABLE R. J. NELSON, PRESIDING JUDGE, RESPONDENTS.

No. 11871.
Decided April 27, 1970.
468 P.2d 749.

PER CURIAM.

The application for Writ of Supervisory Control is denied.